UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PEDRO ANTONIO NAVARRO,

    Petitioner,

v.

    Case No. 2:16-CV-00077

DUNCAN MacLAREN,

    HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 22, 2018, Magistrate Judge Timothy Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's habeas corpus petition and deny a certificate of appealability as to each issue raised in the petition. (ECF No. 13.) The Court has reviewed the R & R. The R & R was duly served on Petitioner on October 22, 2018. On November 28, 2018, the Court entered an order granting Petitioner an extension to file objections by December 31, 2018. (ECF No. 15.) No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the October 22, 2018, Report and Recommendation (ECF No. 13) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

A separate judgment will enter.

This case is **concluded**.

Dated: January 10, 2019                  /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE